1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

| 11 | SEDRIC EUGENE JOHNSON, | 1:21-cv-01336-HBK (PC) |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | v. | ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |
| 14 | P. COUELLO, et al., | |
| 15 | Defendants. | |

16

17   Before the Court is Plaintiff Sedric Eugene Johnson's *pro se* 42 U.S.C. § 1983 complaint

18 filed on September 7, 2021.  (Doc. No. 1).  Plaintiff did not pay the filing fee or accompany his

19 complaint with an application to proceed *in forma pauperis*.  Plaintiff filed the complaint while he

20 was incarcerated in California Correctional Institution, Tehachapi.  (*See Id.*).  According to the

21 allegations in the complaint, the events which give rise to Plaintiff's claims took place while

22 Plaintiff was incarcerated in Mule Creek State Prison, located in Amador County, California.

23 (Doc. No. 1 at 1-2).  Because the events giving rise to the cause of action occurred in Amador

24 County, which is within the venue of the Sacramento Division, Plaintiff should have filed the

25 complaint in the Sacramento Division of this Court.  *See* 28 U.S.C. § 1391(b)(1)-(2); *see also*

26 *Ziegler v. Indian River County*, 64 F.3d 470, 474 (9th Cir. 1995) (reviewing federal court

27 jurisdiction and venue in a § 1983 action).  Pursuant to Local Rule 120(f), a civil action which has

28 not been commenced in the proper court may, on the court's own motion, be transferred to the

correct court.  The Court finds it in the interests of justice to transfer this case under 28 U.S.C. § 1406(a).

Accordingly, it is **ORDERED**:

1. The Clerk of Court is directed to transfer this action to the Sacramento Division of the United States District Court for the Eastern District of California and close this case.

2. All future pleadings shall refer to the new Sacramento case number assigned and shall be mailed to United States District Court, Eastern District of California 501 "I" Street, Suite 4-200, Sacramento, CA 95814 for filing.

Dated:   September 7, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2