UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEDRIC EUGENE JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. COVELLO, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-01605-TLN-DMC<br><br>**ORDER** |

Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 22, 2022, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 21.)  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed March 22, 2022 (ECF No. 21), are ADOPTED in full;

2. This action is DISMISSED without prejudice for lack of prosecution and failure to comply with court rules and orders;

3. Plaintiff's Motion to Cure Discrepancies (ECF No. 14) is DENIED as moot; and

4. The Clerk of the Court is directed to enter judgment and close this file.

**DATED: September 21, 2022**

Troy L. Nunley
United States District Judge

2